UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
J. BARROWS, INC., : Docket No.: 09-03905
: (LDW)(ETB)
Plaintiff, :
: **ECF CASE**
-against- :
: **NOTICE OF APPEARANCE**
JOSEPH UVINO, WENDY UVINO, WOOD & COLORS, :
INC. and POOLS BY PAUL GUILLO, INC., :
:
Defendants, :
:
-and- :
:
JOHN BARROWS, VALDESPINO CUSTOM BUILDERS, :
INC., J.L. MASONRY & CONSTRUCTION, INC., :
F. SCHNEIDER CONTRACTING CORP. and :
HAMPTON CONTRACTING, INC., :
:
Additional Defendants on the Counterclaims. :
---------------------------------------------------------------------------X
---------------------------------------------------------------------------X
JOSEPH UVINO, WENDY UVINO, WOOD & COLORS, :
INC. and POOLS BY PAUL GUILLO, INC., :
:
Third-Party Plaintiffs, :
:
- against - :
:
JOHN BARROWS, VALDESPINO CUSTOM BUILDERS, :
INC., J.L. MASONRY & CONSTRUCTION, INC., :
F. SCHNEIDER CONTRACTING CORP. and :
HAMPTON CONTRACTING, INC., :
:
Third-Party Defendants. :
---------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Wollmuth Maher & Deutsch LLP hereby respectfully

notices the appearance of Serena M. Parker in the above captioned proceeding, who, along with

the already-noticed William F. Dahill, acts as counsel of record for Defendants, Counterclaim Plaintiffs and Third-Party Plaintiffs Joseph Uvino and Wendy Uvino, and requests that all subsequent pleadings, notices, applications, orders, correspondence and other papers in the connection with this action be served upon the undersigned at the address below.  I certify that the undersigned are admitted to practice in this Court.

Dated: August 23, 2010
      New York, New York

               **WOLLMUTH MAHER & DEUTSCH LLP**

              By: s/Serena M. Parker_____
                  Serena M. Parker
                  sparker@wmd-law.com
                  William F. Dahill
                  wdahill@wmd-law.com

500 Fifth Avenue
New York, NY 10110
(212) 382-3300

Attorneys for Defendants, Counterclaim Plaintiffs and Third-Party Plaintiffs Joseph Uvino and Wendy Uvino