UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

J. BARROWS, INC., ET AL.,                                         CV-09-03905 (LDW)(ETB)

                          Plaintiff(s),

                                                                  **NOTICE OF APPEARANCE**

          -against-

JOSEPH UVINO, ET AL.,

                          Defendants,

          - and -

JOHN BARROWS, VALDESPINO CUSTOM
BUILDERS, INC., J.L. MASONRY &
CONSTRUCTION, INC., F. SCHNEIDER
CONTRACTING CORP., and HAMPTON
CONTRACTING, INC.,

Additional Defendants on the Counterclaims.
------------------------------------------------------------X
JOSEPH UVINO, WENDY UVINO, WOOD &
COLORS, INC., and POOLS BY PAUL
GUILLO, INC.,

                          Third-Party Plaintiffs,

          - against -

JOHN BARROWS, VALDESPINO CUSTOM
BUILDERS, INC., J.L. MASONRY &
CONSTRUCTION, INC., F. SCHNEIDER
CONTRACTING CORP., and HAMPTON
CONTRACTING, INC.

                          Third-Party Defendants
------------------------------------------------------------X

          **PLEASE TAKE NOTICE**, that O'Connor Redd LLP, hereby respectfully notices the

appearance of Alak Shah in the above captioned proceeding, who, along with the already noticed Jeremy D. Platek, acts as counsel of record for the counterclaim defendant, J. BARROWS, INC., and requests that all subsequent pleadings, notices, applications, orders, correspondence and other papers in the connection with this action be served upon the undersigned at the address below.   I certify that the undersigned are admitted to practice in this Court.

DATED:    White Plains, New York
            August 25, 2010

                  Yours, etc.,
                  **O'CONNOR REDD LLP**


                  _s/Jeremy D. Platek_
                  JEREMY D. PLATEK
                  jplatek@oconnorlawfirm.com

                  ALAK SHAH
                  ashah@oconnorlawfirm.com

                  Attorneys for John Barrows, Inc. on the Counterclaim
                  200 Mamaroneck Ave., 2nd Fl
                  White Plains, New York 10601
                  (914) 686-1700

cc:

Twomey, Latham, Shea, Kelley
Attorney for Plaintiff, and
John Barrows, Third-Party Defendant
P.O. Box 9398
Riverhead, New York 11901
Attn:   Kathryn Dalli, Esq.

Wollmuth, Maher & Deutsch, LLP
Attorneys for Uvinos
500 Fifth Ave., Suite 1200
New York, New York 10110
Attn:   William Dahill, Esq

David Lee Heller, Esq.
Attorneys for Wood & Colors, Inc.
3334 Noyac Road
Sag Harbor, New York 11963

Rabinowitz & Galina, Esq.
Attorneys for Pools by Guillo, Inc.
94 Willis Avenue
Mineola, New York 11501

Marshall M. Stern, Esq.
Attorneys for Valdespino Custom Builders
and J.L. Masonry & Construction, Inc.
17 Cardiff Court
Huntington Sta., New York 11746

Michael T. Sucher, Esq.
Attorneys for F. Schneider Contracting
26 Court St., Suite 2312
Brooklyn, New York 11242

Morris Duffy Alonso & Faley
Attorneys for Hampton Contracting, Inc.
2 Rector Street
New York, NY 10006

Gogick, Bryne & O'Neill, LLP
Attorneys for Kaehler Moore Architects
11 Broadway, Suite 1560
New York, New York 10004

Wollmuth, Maher & Deutsch, LLP
**Attorneys for Uvinos**
500 Fifth Ave., Suite 1200
New York, New York 10110
Attn:   William Dahill, Esq
(212) 382-3300

David Lee Heller, Esq.
**Attorneys for Wood & Colors, Inc.**
3334 Noyac Road
Sag Harbor, New York 11963
(631) 725-6340

Rabinowitz & Galina, Esq.
**Attorneys for Pools by Guillo, Inc.**
94 Willis Avenue
Mineola, New York 11501
(516) 739-8222

Marshall M. Stein, Esq.
**Attorneys for J.L. Masonry & Construction Inc.**
**and Valdespino Custom Builders**
17 Cardiff Court
Huntington Sta., New York 11746

Michael T. Sucher, Esq.
**Attorneys for F. Schneider Contracting**
26 Court St., Suite 2312
Brooklyn, New York 11242

Morris Duffy Alonso & Faley
**Attorneys for Hampton Contracting, Inc.**
2 Rector Street
New York, NY 10006

Gogick, Bryne & O'Neill, LLP
**Attorneys for Kaehler Moore Architects**
11 Broadway, Suite 1560
New York, New York 10004

    By mailing the same in a sealed envelope, with postage paid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known of the addressee(s) as indicated below

TRACIE TOBACCO

Sworn to before me on
August 25, 2010

NOTARY PUBLIC

KEVIN PAGE
Notary Public, State of New York
No. 02PA6188003
Qualified in Westchester County
Commission Expires June 2, 20__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

J. BARROWS, INC.,                                    CV-09-03905 (LDW)(ETB)

                Plaintiff(s),          **AFFIDAVIT OF SERVICE**

      vs.

JOSEPH UVINO, WENDY UVINO, WOOD
& COLORS, INC., and POOLS BY GUILLO,
INC.,

              Defendants,

-------------------------------------------------------------X
JOSEPH UVINO, ET AL.,

              Third-Party Plaintiffs,

      vs.

J. BARROWS, INC., VALDESPINO CUSTOM
BUILDERS, INC., J.L. MASONRY &
CONSTRUCTION, INC., F. SCHNEIDER
CONTRACTING CORP., and HAMPTON
CONTRACTING, INC.

              Third-Party Defendants.

-------------------------------------------------------------X
STATE OF NEW YORK         )
                          )ss.:
COUNTY OF WESTCHESTER   )

     **Tracie Tobacco**, being duly sworn, deposes and says that she is over the age of 18 years, that she is not a party to the above-entitled action, and that on August 25, 2010, she served the within **NOTICE OF APPEARANCE,** on the following attorney(s), in the following place(s) and in the following manner:

TO:

Kathryn Dalli
Twomey, Latham, Shea, Kelley
**Attorney for Plaintiff, and**
**John Barrows, Third-Party Defendant**
P.O. Box 9398
Riverhead, New York 11901
(631) 727-2180