# GOGICK, BYRNE & O'NEILL, LLP
Attorneys at Law

11 Broadway
New York, NY 10004-1314
Tel: (212) 422-9424
Fax: (212) 422-9429

80 Main Street
West Orange, NJ 07052-5414
Tel: (973) 778-7074
Fax: (973) 731-9319

112 Prospect Street
Stamford, CT 06901-1207
Tel: (203) 327-7561
Fax: (203) 966-1431

Robert J. Gogick[†]
Kevin J. O'Neill[†]
Michael J. Byrne[*]

Stephen P. Schreckinger[†]
Elaine C. Gangel[▲]
Albert Wesley McKee[◊]

John M. Rondello, Jr.[▲]
Anthony W. Vaughn, Jr.[†]
Mark R. McCauley[▲]
Bryan R. Weber[□]
Pamela M. Harinstein[*]
Eyal S. Eisig[▲]
Sushmita Roy[†]
Kevin J. McGrath[▲]

[†] Admitted in NY, NJ & CT
[*] NY, NJ & PA
[†] NY & NJ
[□] NY & CT
[▲] NY only
[•] NJ only

October 12, 2010

**BY ECF AND FIRST CLASS MAIL**

Honorable Magistrate Boyle
United States Magistrate Judge
United State District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  J. Barrows, Inc. v. Joseph Uvino, et al.
     Docket No. 09-03905
     Our File No.:  650-956

Honorable Judge Boyle:

I represent defendant Kaehler Moore Architects (KMA) and am writing to request an adjournment of the settlement conference on November 1, 2010.

I have a vacation in San Francisco, planned months in advance, that includes November 1st.  For personal reasons, I cannot change the dates of the trip.

In addition, KMA intends to move for summary judgment dismissing the Complaint, for partial summary judgment dismissing one count of the Complaint and a portion of plaintiffs' damages and for a declaration that KMA's liability to plaintiffs is limited pursuant to contract.  It may be premature to discuss settlement under these circumstances.

If the Court is inclined to go forward with the settlement conference, it is respectfully requested that it be rescheduled to any day during the weeks of November 8th or November 15th.

# GOGICK, BYRNE & O'NEILL, LLP

Magistrate Boyle                                      October 12, 2010
                                                            Page 2


Thank you for your consideration of this matter.


                                              Respectfully,

                                              Michael J. Byrne

MJB:rp

Cc:   All counsel by fax
      (See service list)


p:\650\900s\650-956\2010 letters\magistrate boyle 10-12-10.doc

# GOGICK, BYRNE & O'NEILL, LLP

Magistrate Boyle                                              October 12, 2010
                                                                       Page 3

TO:

Kathryn Dalli
Twomey, Latham, Shea, Kelley
33 West Second Street
Riverhead, New York 11901
Attorney for Plaintiff, and
John Barrows, Third-Party Defendant
Tel: 631-265-1414
Fax: 631-574-1258

Jeremy D. Platek
Alak Shah
O'Connor Redd, LLP
200 Mamaroneck Avenue, 2nd Fl.
White Plains, NY 10601
(914) 686-1700
Fax: 914-328-3184
Attorneys for John Barrows, Inc.
On the Counterclaim

Wollmuth, Maher & Deutsch, LLP
500 Fifth Ave., Suite 1200
New York, New York 10110
Attn: William Dahill, Esq
Tel: 212-382-3300
Fax: 212-382-0050
Attorneys for Uvinos

David Lee Heller, Esq.
3334 Noyac Road
Sag Harbor, New York 11963
Tel: (631) 725-6340
Fax: (631) 725-6342
Attorneys for Wood & Colors, Inc.

Rabinowitz & Galina, Esq.
94 Willis Avenue
Mineola, New York 11501
Tel: (516) 739-8222
Fax: (516) 739-8225
Attorneys for Pools by Guillo, Inc.

# GOGICK, BYRNE & O'NEILL, LLP

Magistrate Boyle                                                October 12, 2010
                                                                        Page 4

Marshall M. Stern, Esq.
17 Cardiff Court
Huntington Sta., New York 11746
Tel: 631-427-0101
Fax: 631-427-0196
Attorneys for Valdespino Custom Builders
and J.L. Masonry & Construction, Inc.

Michael T. Sucher, Esq.
26 Court St., Suite 2312
Brooklyn, New York 11242
Tel: (718) 522-1995
Fax: (718) 797-3174
Attorneys for F. Schneider Contracting

Mark A. Healy, Esq.
Morris Duffy Alonso & Faley
2 Rector Street – 22nd Floor
New York, NY 10006
Tel: (212) 766-1888
Fax: (212) 766-3252
Attorneys for Third party &
Counterclaim defendant, Hampton Contracting, Inc.