UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

J. BARROWS, INC., ET AL.,

CV-09-03905 (LDW)(ETB)

Plaintiff(s),

vs.

JOSEPH UVINO, WENDY UVINO, WOOD & COLORS, INC., and POOLS BY PAUL GUILLO, INC.,

Defendants,

JOHN BARROWS, VALDESPINO CUSTOM BUILDERS, INC., J.L. MASONRY & CONSTRUCTION, INC., F. SCHNEIDER CONTRACTING CORP., and HAMPTON CONTRACTING, INC.,

Additional Defendants
On the Counterclaims

-----------------------------------------------------------------X

JOSEPH UVINO, WENDY UVINO, WOOD & COLORS, INC., and POOLS BY PAUL GUILLO, INC.,

Third-Party Plaintiffs,

vs.

JOHN BARROWS, VALDESPINO CUSTOM BUILDERS, INC., J.L. MASONRY & CONSTRUCTION, INC., F. SCHNEIDER CONTRACTING CORP., and HAMPTON CONTRACTING, INC.,

Third-Party Defendants

-----------------------------------------------------------------X

# FACT WITNESS AND TRIAL EXHIBIT LIST

# FACT WITNESS LIST

**Donald Moore (DLM Construction)** - Donald Moore is the principal of DLM, the construction manager retained by the Uvinos after JBI's removal, who allegedly performed remediation work and is expected to testify regarding the nature of his work at the project and his observations of the project throughout the course of his involvement.

**Victor Sheptovitsky** - Victor Sheptovitsky served as the Project Architect for the subject project on behalf of KMA Architectural Services (KMA) and is expected to testify regarding the nature of KMA's business and its relationship to the project as well as his personal involvement to the project, any conversations he may have had with the Uvinos or representatives of KMA and J. Barrows Inc. or observations he may have made while at the project.

**John Barrows (J. Barrows, Inc.)** - John Barrows, principal of J. Barrows, Inc. (JBI), the construction manager for the subject project, and is expected to testify regarding the nature of JBI's business and its relationship to the project, including, specifically, the nature of JBI's work on the project, as well as his personal involvement.

**Brian Nessler (Hampton Contracting)** - Brian Nessler, part-principal of Hampton Contracting Corp. (Hampton), the framing contractor, and is expected to testify regarding the nature of Hampton's business and its relationship to the subject project including, specifically, the nature of its work on the project as well as any conversations he may have had with the Uvinos or representatives of KMA and J. Barrows, Inc. or observations he may have made while at the project.

**Neil Starkman (Starkman Electrical Contracting)** - Neil Starkman is the principal of Starkman Electrical Contracting (Starkman), the electrical contractor, and is expected to testify regarding the nature of Starkman's business and its relationship to the project including, specifically, the nature of its work on the project as well as any conversations he may have had with the Uvinos or representatives of KMA and J. Barrows, Inc. or observations he may have made while at the project.

**Edward Guillo (Pools by Guillo)** - Edward Guillo is the principal of Pools by Guillo (Guillo), the pool contractor, and is expected to testify regarding the nature of Guillo's business and its relationship to the project including, specifically, the nature of its work on the project as well as any conversations he may have had with the Uvinos or representatives of KMA and J. Barrows, Inc. or observations he may have made while at the project.

**Frederick Schneider (F. Schneider Contracting Corp.)** - Frederick Schneider is the principal of F. Schneider Contracting Corp. (F. Schneider), the tile and stone contractor, and is expected to testify regarding the nature of F. Schneider's business and its relationship to the project including, specifically, the nature of its work on the project as well as any conversations he may have had with the Uvinos or representatives of KMA and J. Barrows, Inc. or observations he may have made while at the project.

**Jose Leon (J.L. Masonry)** - Jose Leon is the principal of J.L. Masonry, the patio and stone contractor, and is expected to testify regarding the nature of J.L. Masonry's business and its relationship to the project including, specifically, the nature of its work on the project as well as any conversations he may have had with the Uvinos or representatives of KMA and J. Barrows, Inc. or observations he may have made while at the project.

**William L. Jaeger, P.E., L.S.** - William Jeager is a professional engineer that is providing expert consulting services on behalf of JBI and is expected to provide expert testimony regarding the defects as alleged by the Uvinos in their counterclaim as against JBI as well as those specifically enumerated allegations in the expert report of William Waldron. He will provide his opinions, based on his experience, regarding the involvement of JBI, KMA, the Uvinos, and the various trade contractors to the project and the reasons for any defects that may have existed as well as in response to the allegedly defective or incomplete work as well as the cost impact of same.

# EXHIBIT INDEX LIST

| Item Number | Document Type | Date | Between/Re: | # of Pages |
|---|---|---|---|---|
| | | | | |
| 1 | Uvino Residence Statement | 12/05/05 | J. Barrows Inc. and Joe and Wendy Uvino | 13 |
| 2 | Uvino Residence Statement | 02/06/06 | J. Barrows Inc. and Joe and Wendy Uvino | 37 |
| 3 | Uvino Residence Statement | 03/06/06 | J. Barrows Inc. and Joe and Wendy Uvino | 48 |
| 4 | Uvino Residence Statement | 04/06/06 | J. Barrows Inc. and Joe and Wendy Uvino | 22 |
| 5 | Uvino Residence Statement | 05/03/06 | J. Barrows Inc. and Joe and Wendy Uvino | 14 |
| 6 | Uvino Residence Statement | 06/24/06 | J. Barrows Inc. and Joe and Wendy Uvino | 19 |
| 7 | Uvino Residence Statement | 08/03/06 | J. Barrows Inc. and Joe and Wendy Uvino | 42 |
| 8 | Uvino Residence Statement | 08/25/06 | J. Barrows Inc. and Joe and Wendy Uvino | 17 |
| 9 | Uvino Residence Statement | 09/25/06 | J. Barrows Inc. and Joe and Wendy Uvino | 33 |
| 10 | Uvino Residence Statement | 10/31/06 | J. Barrows Inc. and Joe and Wendy Uvino | 50 |
| 11 | Uvino Residence Statement | 11/30/06 | J. Barrows Inc. and Joe and Wendy Uvino | 48 |
| 12 | Uvino Residence Statement | 12/31/06 | J. Barrows Inc. and Joe and Wendy Uvino | 59 |

| | | | | |
|---|---|---|---|---|
| 13 | Uvino Residence Statement | 01/31/07 | J. Barrows Inc. and Joe and Wendy Uvino | 43 |
| 14 | Uvino Residence Statement | 02/27/07 | J. Barrows Inc. and Joe and Wendy Uvino | 41 |
| 15 | Uvino Residence Statement | 05/08/07 | J. Barrows Inc. and Joe and Wendy Uvino | 67 |
| 16 | Uvino Residence Statement | 05/31/07 | J. Barrows Inc. and Joe and Wendy Uvino | 22 |
| 17 | Uvino Residence Statement | 07/13/07 | J. Barrows Inc. and Joe and Wendy Uvino | 69 |
| 18 | Uvino Residence Statement | 09/11/07 | J. Barrows Inc. and Joe and Wendy Uvino | 58 |
| 19 | Uvino Residence Statement | 11/13/07 | J. Barrows Inc. and Joe and Wendy Uvino | 65 |
| 20 | Owner Trade Contract#405 | 7/24/06 | J. Barrows to Joseph Uvino | 23 |
| 21 | Prime Change List | | Uvino Residence | 3 |
| 22 | Construction Management Agreement | 11/1/05 | Uvinos and J. Barrows | 4 |
| 23 | Cost to Complete by Trade | 10/05/07 | J. Barrows Inc. and Joe and Wendy Uvino | 42 |
| 24 | Change Order #1 Approval | 3/14/06 | Email from W. Uvino to J. Barrows Re: Feb. Stmt | 4 |
| 25 | Change Order #3 Approval | 5/2/06 | Email from W. Uvino to J. Barrows Re: septic system | 1 |

| | | | | |
|---|---|---|---|---|
| 26 | Change Order#7 Approval (with 7/29/06 emails between W. Uvino and J. Barrows | 7/29/06 | From J. Barrows to J. Uvino Re: 400 amp Distribution | 5 |
| 27 | Change Order#9 Approval | 8/25/06 | From J. Barrows to J. Uvino Re: Pool changes | 1 |
| 28 | Change Order#10 Approval | 8/25/06 | From J. Barrows to J. Uvino Re: HVAC | 1 |
| 29 | Change Order#12 Approval | 9/24/06 | From J. Barrows to J. Uvino Re: Generator Pre-wire | 1 |
| 30 | Change Order #13 Approval | 10/2/06 | From J. Barrows to J. Uvino Re: Patio & Walkway Masonry change | 1 |
| 31 | Change Order #31 Approval | 12/5/06 | From J. Barrows to J. Uvino Re: Plumbing Changes #6&7 | 1 |
| 32 | Change Order #32 Approval | 12/6/06 | From J. Barrows to J. Uvino Re: Garage Doors | 1 |
| 33 | Change Order #33 Approval | 12/6/06 | From J. Barrows to J. Uvino Re: Electric Design & Fixture Adj. | 8 |
| 34 | Change Order #35 Approval | 12/8/06 | From J. Barrows to J. Uvino Re: Siding & Trim Changes #2 | 1 |
| 35 | Change Order #36 Approval | 12/15/06 | From J. Barrows to J. Uvino Re: Concrete & Masonry Extras | 1 |
| 36 | Change Order #37 Approval | 12/18/06 | From J. Barrows to J. Uvino Re: Modify 2nd Floor Air Handler | 1 |
| 37 | Change Order #38 Approval | 12/19/06 | From J. Barrows to J. Uvino Re: Install Front Yard Fountain | 2 |
| 38 | Change Order #39 Approval | 1/4/07 | From J. Barrows to J. Uvino Re: Rear Courtyard Grading | 1 |

| | | | | |
|---|---|---|---|---|
| 39 | Change Order #57 Approval | 3/5/07 | J. Barrows to J. Uvino Re: 2 Water Storage Tanks | 1 |
| 40 | Change Order #68 Approval | 5/22/07 | Email between W. Uvino and J. Barrows Re: Palace Supply Invoice | 1 |
| 41 | Change Order #71 Approval | 6/13/07 | From J. Barrows to J. Uvino Re: Front entrance gate | 1 |
| 42 | Change Order #76 Approval | 6/25/07 | From J. Barrows to J. Uvino Re: Door hinge replacement | 1 |
| 43 | Change Order #78 Approval | 7/3/07 | From J. Barrows to J. Uvino Re: Demolition for pool equipment | 1 |
| 44 | Change Order #89 Approval | 8/1/07 | Email between W. Uvino and J. Barrows Re: AVG certification | 3 |
| 45 | Change Order #101 Approval | 9/10/07 | Email between W. Uvino, J. Barrows and J. Uvino Re: Tebbins | 2 |
| 46 | Owner-Trade Contract #422 with Change Orders | 10/27/06 | Alvarez Millwork with Joseph Uvino | 8 |
| 47 | Owner-Trade Contract #423 with Change Orders | 11/03/06 | ADT Security Services, Inc. With Joseph Uvino | 6 |
| 48 | Owner-Trade Contract #364 with Change Orders | 2/17/06 | Bridgehampton Steel & Welding with Joseph Uvino | 8 |
| 49 | Owner-Trade Contract #417 with Change Orders | 10/12/06 | Casola Well Drillers with Joseph Uvino | 9 |

| | | | | |
|---|---|---|---|---|
| 50 | Owner-Trade Contract #421 with Change Orders | 10/17/06 | Crescendo Designs with Joseph Uvino | 11 |
| 51 | Owner-Trade Contract #362 with Change Orders | 2/3/06 | Delfino Insulation Co., Inc with Joseph Uvino | 3 |
| 52 | Owner-Trade Contract #401 with Change Orders | 7/21/06 | Excelsior P&H with Joseph Uvino | 40 |
| 53 | Owner-Trade Contract #432 with Change Orders | 12/20/06 | Hallissey Builders with Joseph Uvino | 22 |
| 54 | Owner-Trade Contract #435 with Change Orders | 1/5/07 | F. Schneider Contracting Corp with Joseph Uvino | 8 |
| 55 | Owner-Trade Contract #304 with Change Orders | 9/7/05 | Guillo Contracting Corp to Uvino Residence | 15 |
| 56 | Owner-Trade Contract #361 with Change Orders | 2/2/06 | Hampton Contracting with Joseph Uvino | 5 |
| 57 | Owner-Trade Contract #340 with Change Orders | 12/20/05 | KMI Concrete with Uvino Residence | 13 |
| 58 | Owner-Trade Contract #396 with Change Orders | 7/1/06 | Kolb Mechanical Corp with Joseph Uvino | 18 |

| | | | | |
|---|---|---|---|---|
| 59 | Owner-Trade Contract #419 | 9/1/06 | Wood & Colors Carpentry and Painting with Joseph Uvino | 3 |
| 60 | Owner-Trade Contract #443 | 2/22/07 | Westhampton Glass & Metal Inc with Joseph Uvino | 3 |
| 61 | Estimate for Uvino shower enclosures | 2/20/07 | Westhampton Glass Inc with J. Barrows | 6 |
| 62 | Subcontract Change Order | 4/13/07 | J. Barrows with Valdespino Custom Builders with invoice | 3 |
| 63 | Estimate #: 2144 for deck | 4/10/07 | Valdespino Custom Builders with J. Barrows | 1 |
| 64 | Subcontract Change Order #:397 | 11/28/06 | J. Barrows with Valdespino Custom Builders | 1 |
| 65 | Subcontract Change Order#397 Change#1 | 12/07/06 | J. Barrows with Valdepsino Custom Builders | 1 |
| 66 | Subcontract Change Order#397 Change#27 | 2/19/07 | J. Barrows with Valdespino Custom Builders | 1 |
| 67 | Subcontract Change Order#397 Change#25 | 12/8/08 | J. Barrows with Valdepsino Custom Builders | 1 |
| 68 | Subcontract Change Order#397 Change#21 | 11/28/08 | J. Barrows with Valdespino Custom Builders | 1 |
| 69 | Estimate #: 2136 for trellis and pool framing | 10/30/06 | Valdespino Custom Builders with J. Barrows | 1 |

| | | | | |
|---|---|---|---|---|
| 70 | Subcontract Change Order#397 Change#24 | 11/28/06 | J. Barrows with Valdespino Custom Builders | 3 |
| 71 | Owner Trade Contract #397 | 7/1/06 | Valdespino with Joseph Uvino | 3 |
| 72 | Estimate #: 2128 for freeze boards, windows | 6/17/06 | Valdespino Custom Builders with J. Barrows | 3 |
| 73 | Owner Trade Contract #434 | 1/4/07 | The Flooring Irish Inc with Joseph Uvino | 4 |
| 74 | Owner Trade Contract#430 with Estimate Proposals | 12/6/06 | Twin Forks Overhead with Joseph Uvino | 7 |
| 75 | Subcontract Change Order#395, Change #16 with certificate of insurance and proposal | 3/1/07 | J. Barrows with Town Design Home Improvement | 6 |
| 76 | Subcontract Change Order#431 Change#3 | 7/25/07 | J. Barrows with Tebbens Steel | 6 |
| 77 | Proposal/Contract | 4/6/07 | Tebbens Steel with J. Barrows | 1 |
| 78 | Subcontract Change Order#431 Change#1 | 1/25/07 | J. Barrows with Tebbens Steel | 1 |
| 79 | Revised Proposal/Contract | 1/22/07 | Tebbens Steel with J. Barrows | 6 |

| 80 | Owner Trade Contract#431 | 12/19/06 | Tebbens Steel with Joseph Uvino | 7 |
|---|---|---|---|---|
| 81 | Proposal/Contract | 11/9/06 | Tebbens Steel with J. Barrows | 3 |
| 82 | Purchase Order#5230 | 1/30/07 | J. Barrows with Sunshine Rooms Inc | 2 |
| 83 | Purchase Order#4179 | 12/2/05 | J. Barrows with Sunshine Rooms Inc | 13 |
| 84 | | 9/27/07 | Starkman Electric with Uvino residence Electrical extras (Rejected) | 2 |
| 85 | Subcontract Change Order#398 Change#4 | 2/26/07 | J. Barrows with Starkman Electric | 2 |
| 86 | Subcontract Change Order#398 Change#3 | 12/6/06 | J. Barrows with Starkman Electric | 10 |
| 87 | Subcontract Change Order#398 Change#2 | 12/6/06 | J. Barrows with Starkman Electric | 8 |
| 88 | Subcontract Change Order#398 Change#2 | 9/23/06 | J. Barrows with Starkman Electric | 6 |
| 89 | Owner Trade Contract#398 | 7/2/06 | Starkman Electric with Joseph Uvino | 10 |
| 90 | Subcontract Audit | 3/10/07 | J. Barrows | 2 |
| 91 | Estimate#435 | 5/16/07 | JL Masonry & Construction with John Barrows | 2 |

| | | | | |
|---|---|---|---|---|
| 92 | Subcontract Change Order#415 Change#1 | 12/15/06 | J. Barrows with J.L. Masonry | 5 |
| 93 | Estimate#448 | 6/27/07 | JL Masonry & Construction with John Barrows | 8 |
| 94 | Subcontract Change Order#415 Change#4 | 5/21/07 | J. Barrows with J.L. Masonry | 3 |
| 95 | Subcontract Change Order#415 Change#3 | 3/7/07 | J. Barrows with J.L. Masonry | 2 |
| 96 | Subcontract Change Order#415 Change#2 | 1/12/07 | J. Barrows with J.L. Masonry | 2 |
| 97 | Estimate#449 | 6/27/07 | J.L. Masonry & Construction with John Barrows | 1 |
| 98 | Owner Trade Contract#415 | 10/2/06 | J.L. Masonry with Joseph Uvino | 4 |
| 99 | Proposal | 12/13/06 | Stairways Inc with J. Barrows to Kaehler Moore Architects | 3 |
| 100 | Purchase Order#1016 | 10/16/06 | Sag Harbor Discount Fireplace & Chimney Supply to John Barrows | 2 |
| 101 | Subcontract Change Order#429 Change#1 | 6/14/07 | J. Barrows to Radiant Drywall & Insulation Corp | 4 |
| 102 | Proposal | 4/6/07 | Radiant Drywall & Insulation Corp to John Barrows Re: Proposed Change Orders | 3 |

| | | | | |
|---|---|---|---|---|
| 103 | Owner Trade Contract#429 | 11/29/06 | Radiant Drywall & Insulation Corp to Joseph Uvino | 4 |
| 104 | Proposal | 11/10/06 | Radiant Drywall & Insulation Corp to John Barrows Re: Insulation-Supply and Install (Revised) | 2 |
| 105 | Proposal | 11/17/06 | Radiant Drywall & Insulation Corp to John Barrows Revised | 2 |
| 106 | Bid Comparison | 11/11/06 | Uvino Residence Bid Comparison Re: Insulation and Drywall | 2 |
| 107 | Bid Comparison | 11/27/06 | Uvino Residence Bid Comparison Re: Insulation and Drywall | 1 |
| 108 | Owner Trade Contract#424 | 11/6/06 | Pulvar Gas with Joseph Uvino | 4 |
| 109 | Change Order#94 | 8/20/07 | J. Barrows with Joseph Uvino | 1 |
| 110 | Subcontract Change Order#424 Change#1 | 8/20/07 | J. Barrows with Pulvar Gas | 1 |
| 111 | Proposal | 8/17/07 | Pulver Gas with J. Barrows | 2 |
| 112 | Proposal | 11/29/06 | Pulver Gas with J. Barrows | 2 |
| 113 | Proposal | 11/21/06 | Pulver Gas with J. Barrows | 2 |
| 114 | Proposal | 11/7/06 | Pulver Gas with J. Barrows | 2 |
| 115 | Proposal | 11/1/06 | Pulver Gas with J. Barrows | 3 |
| 116 | Letter (with attachments) | 8/13/07 | Joseph Uvino to Meg Zaluski at Pulver Gas | 10 |

| | | | | |
|---|---|---|---|---|
| 117 | Owner Trade Contract#400 Change#1 | 8/22/06 | J. Barrows to Pools by Guillo | 4 |
| 118 | Change Order#17 | 10/12/08 | J. Barrows to Joseph Uvino | 4 |
| 119 | Subcontract Change Order#400 Change#18 | 2/12/07 | J. Barrows to Pools by Guillo | 1 |
| 120 | Subcontract Change Order#400 Change#19 | 2/19/07 | J. Barrows to Pools bu Guillo | 1 |
| 121 | Subcontract Change Order#20 | 2/26/07 | J. Barrows to Pools by Guillo | 3 |
| 122 | Revised Proposal Prepared | 12/14/06 | Pools by Guillo to J. Barrows | 2 |
| 123 | Subcontract Change Order#400 Change#1 Continued | 12/19/06 | J. Barrows to Pools by Guillo | 2 |
| 124 | Letter | 6/21/06 | Pools by Guillo to J. Barrows | 2 |
| 125 | Proposal | 5/22/06 | Pools by Guillo to J. Barrows | 5 |
| 126 | Owner Trade Contract#400 | 7/19/06 | Pools by Guillo to Joseph Uvino | 5 |
| 127 | Owner Trade Contract#444 | 2/26/07 | Ortiz Interior & Exterior Painting to Joseph Uvino | 5 |
| 128 | Owner Trade Contract#433 | 12/22/06 | L. Lucchese Marble Co Inc to Joseph Uvino | 13 |

| | | | | |
|---|---|---|---|---|
| 129 | Email | 8/29/05 | L. Kaehler, W. Uvino, V. Sheptovitsky, J. Barrows Re: Meeting on the 20th or 21st | 15 |
| 130 | Email | 8/4/06 | J. Barrows, V. Sheptovitsky Re: Fireplace Location | 3 |
| 131 | Email | 9/2/06 | N. Starkman, J. Barrows, J. Uvino, W. Uvino Re: questions from Neil | 4 |
| 132 | Email | 9/20/06 | N. Starkman, J. Barrows Re: meetings | 4 |
| 133 | Email | 9/26/06 | V. Sheptovitsky, J. Barrow, R. Lopez, L. Kaehler Re: Masonry pricing | 2 |
| 134 | Email | 10/6/06 | Kaehler, J. Barrows, V. Sheptovitsky Re: Meeting tomorrow | 1 |
| 135 | Email | 10/23/06 | W. Uvino, J. Barrows Re: Invoices | 2 |
| 136 | Email | 12/7/06 | V. Sheptovitksy, J. Barrows Re: Connectors | 1 |
| 137 | Email | 12/13/06 | J. Uvino, J. Barrows, W. Uvino Re: Construction Management Agreement | 1 |
| 138 | Email | 1/29/07 | J. Barrows, V. Sheptovitsky Re: Management Fee Co | 2 |
| 139 | Email | 2/6/07 | V. Sheptovitsky, W. Uvino, J. Uvino, L. Kaehler, J. Barrows Re: Teka Lights for residence on Long Island | 2 |

| | | | | |
|---|---|---|---|---|
| 140 | Email | 2/14/07 | J. Barrows, W. Uvino, J. Uvino, L. Kaehler Re: Spa | 2 |
| 141 | Email | 3/12/07 | Starkman, J. Barrows Re: Uvino Lighting | 1 |
| 142 | Email | 3/25/07 | J. Barrows, W. Uvino, L. Kaehler, J. Uvino, V. Sheptovitsky Re: Call tomorrow | 1 |
| 143 | Email | Not dated | W. Uvino, J. Barrows Re: Uvino Change List Update wherein V. Sheptovitsky indicates most changes have "good explanations" | 1 |
| 144 | Email | 4/1/07 | W. Uvino, J. Barrows, J. Uvino, L. Kaehler, V. Sheptovitsky Re: Painting | 1 |
| 145 | Email | 4/17/07 | J. Uvino, J. Barrows, W. Uvino, L. Kaehler, V. Sheptovitsky Re: Follow-ups #2-Budget consensus | 1 |
| 146 | Email | 4/17/07 | J. Uvino, J. Barrows, L. Kaehler, V. Sheptovtisky, W. Uvino Re: Follow-ups #3 | 1 |
| 147 | Email | 4/20/07 | J. Barrows, J. Uvino, W. Uvino, L. Kaehler, V. Sheptovitsky Re: Prioritized Completion List | 1 |
| 148 | Email | 4/20/07 | J. Barrows, J. Uvino, V. Sheptovitsky, L. Kaehler Re: Reveals | 1 |

| | | | | |
|---|---|---|---|---|
| 149 | Email | 4/22/07 | V. Sheptovitsky, G. McGuire, J. Barrows, L. Kaehler Re: Draft letter to Joe | 2 |
| 150 | Email | 4/23/07 | J. Uvino, J. Barrows, L. Kaehler, W. Uvino Re: Follow-ups | 2 |
| 151 | Email | 4/23/07 | L. Kaehler, J. Uvino, J. Barrows, V. Sheptovitsky, W. Uvino Re: Follow-ups | 2 |
| 152 | Email | 4/30/07 | From W. Uvino Re: red and yellow tasks and offering to keep an Uvino completion list | 1 |
| 153 | Email | 4/30/07 | J. Uvino to J. Barrows, Kaehler, V. Sheptovitksy and W. Uvino Re: CofO steps | 1 |
| 154 | Email | 5/1/07 | W. Uvino to J. Barrows, J. Uvino, Kaehler and V. Sheptovitsky Re: follow-ups from meeting notes | 2 |
| 155 | Email | 5/1/07 | W. Uvino to J. Barrows, J. Uvino, Kaehler and V. Sheptovitsky Re: follow-ups from meeting notes | 2 |
| 156 | Email | 5/6/07 | G. McGuire of Kaehler to W. Uvino, V. Sheptovitsky, J. Uvino, and J. Barrows Re: revised paint schedule | 1 |
| 157 | Email | 5/7/07 | G. McGuire of Kaehler to W. Uvino, Kaehler, V. Sheptovitsky and J. Barrows Re: revised pain schedule | 2 |

| 158 | Email | 5/10/07 | Tony Pierro to Uvinos, and J. Barrows Re: Wood for powder room | 4 |
|---|---|---|---|---|
| 159 | Email | 5/10/07 | Ralph Cavazos to Dick Ehrgott Re: Stainless steel stair pictures | 1 |
| 160 | Email | 5/14/07 | W. Uvino to J. Barrows Re: BBQ wall | 2 |
| 161 | Email | 5/15/07 | J. Barrows to W. Uvino, V. Sheptovitsky Re: questions with list of items outstanding for design or decisions | 2 |
| 162 | Email | 5/21/07 | J. Uvino to V. Sheptovitsky, Kaehler and J. Barrows Re: Uvino Front entryway design | 4 |
| 163 | Email | 5/22/07 | J. Uvino to J. Barrows, V. Sheptovitsky, Kaehler and W. Uvino Re: Design elements | 1 |
| 164 | Email | 5/23/07 | W. Uvino to J. Barrows Re: updated Cost to Completion Worksheet | 1 |
| 165 | Email | 5/23/07 | J. Uvino to J. Barrows and W. Uvino Re: total cost of building | 1 |
| 166 | Email | 5/23/07 | J. Barrows to J. Uvino, and W. Uvino Re: Uvino email from Joe | 2 |
| 167 | Email | 5/24/07 | L. Kaehler to J. Uvino, W. Uvino, J. Barrows and V. Sheptovitsky Re: Revised Uvino Completion List | 2 |

| 168 | Email | 5/29/07 | J. Uvino to L. Kaehler, W. Uvino, J. Barrows and V. Sheptovitsky Re: Uvino action place | 15 |
|---|---|---|---|---|
| 169 | Email | 6/5/07 | J. Uvino to J. Barrows, and W. Uvino Re: Rate lock expiration | 3 |
| 170 | Email | 6/5/07 | J.Barrows and W. Uvino Re: Days activity | 1 |
| 171 | Email | 6/11/07 | J. Barrows and W. Uvino Re: Payments to material suppliers | 1 |
| 172 | Email | 6/19/07 | Starkman and W. Uvino Re: Follow up items for KMA | 2 |
| 173 | Email | 6/22/07 | V. Sheptovitsky, J. Barrows and Kaehler Re: Uvino Change Orders questions | 5 |
| 174 | Email | 7/2/07 | J. Barrows, J. Uvino, V. Sheptovitsky, Kaehler Re: Building Dept. C of O | 1 |
| 175 | Email | 7/9/07 | W. Uvino and J. Barrows Re: Teyvak | 1 |
| 176 | Email | 7/8/07 | W. Uvino and J. Barrows Re: Loft bookshelves | 1 |
| 177 | Email | 7/9/07 | J. Uvino, W. Uvino, Kaehler, J. Barrows, V. Sheptovitsky Re: Status unpaid bills | 4 |

| | | | | |
|---|---|---|---|---|
| 178 | Email | 7/9/07 | L. Kaehler, J. Uvino, W. Uvino, J. Barrows, V. Sheptovitsky, G. McGuire Re: Final appraisal & Daily Update | 2 |
| 179 | Email | 7/11/07 | W. Uvino, J. Barrows, J. Uvino Re: Front pool | 1 |
| 180 | Email | 7/10/07 | J. Barrows, J. Uvino, W. Uvino Re: Hi-Line hardware | 1 |
| 181 | Email | 7/17/07 | W. Uvino, J. Barrows, J. Uvino Re: Starkman Electric Change Orders | 4 |
| 182 | Email | 7/19/07 | J. Uvino, J. Barrows and W. Uvino Re: Completion date | 5 |
| 183 | Email | 7/25/07 | W. Uvino, J. Barrows, J. Uvino Re: Total amounts for Starkman and JL Masonry | 2 |
| 184 | Email | 7/26/07 | W. Uvino, J. Barrows Re: Request for more invoices | 1 |
| 185 | Email | 8/5/07 | J. Barrows, W. Uvino Re: Most recent cost to complete | 2 |
| 186 | Email | 8/5/07 | W. Uvino, J. Barrows and J. Uvino Re: Review of 8 items | 8 |
| 187 | Email | 8/13/07 | J. Uvino, J. Barrows, W. Uvino, Kaehler and V. Sheptovitsky Re: Updated To Do List | 2 |

| | | | | |
|---|---|---|---|---|
| 188 | Email | 8/14/07 | L. Kaehler, J. Barrow, V. Sheptovitsky and W. Uvino Re: Glass for the wine cellar | 1 |
| 189 | Email | 5/15/07 | J. Barrows and J. Uvino Re: Pulver Gas Letter | 1 |
| 190 | Email | 8/19/07 | J. Barrows, W. Uvino, J. Uvino and Victor Sheptovitsky Re: Uvino Preliminary Punch List of 8/17/07 | 1 |
| 191 | Email | 8/22/07 | L. Kaehler, J. Barrows, J. Uvino and Tony at Buildersite.com Re: Payments that need to be made. | 1 |
| 192 | Email | 8/22/07 | J. Barrows, J. Uvino, W. Uvino, Kaehler, and V.Sheptovitsky Re: Rate | 1 |
| 193 | Email | 8/30/07 | W. Uvino, J. Barrows, J. Uvino Re: Finishing the floors | 2 |
| 194 | Email | 9/4/07 | J. Uvino, Robert Hogan, Mike Broday and W. Uvino Re: Revised installation date 154 Swamp Rd. | 1 |
| 195 | Email | 9/5/07 | V. Sheptovitsky, J. Barrows and L. Kaehler Re: Uvino Master Bedroom | 1 |
| 196 | Email | 9/7/07 | J. Uvino, J. Barrows, W. Uvino Re: Bank Closing | 2 |
| 197 | Email | 8/14/07 | G. McGuire, J. Barrows, L. Kaehler, V. Sheptovitsky Re: attached drawing to receive millwork pricing information and on titanium mirror insets | 1 |

| | | | | |
|---|---|---|---|---|
| 198 | Email | 9/12/07 | W. Uvino, J. Barrows, J. Uvino Re: Roof issues | 1 |
| 199 | Email | 9/24/07 | J. Uvino, J. Barrows and W. Uvino Re: 154 Swamp Rd compromise | 2 |
| 200 | Email | 9/24/07 | J. Uvino, V. Sheptovitsky, W. Uvino, J. Barrows Re: 154 Swamp Rd compromise | 1 |
| 201 | Email | 9/26/07 | J. Uvino, Tony at buildersite.com, J. Barrows, W. Uvino Re: Billing Statement #18 & Project Summary | 1 |
| 202 | Email | 9/26/07 | V. Sheptovitsky, W. Uvino, J. Barrows Re: Billing Statement #18 & Project Summary dispute refund of money due to mis-measured refrigerator | 1 |
| 203 | Email | 9/25/07 | J. Uvino, J. Barrows, Tony @ buildersite.com, W. Uvino Re:Billing Statement #18 & Project Summary | 1 |
| 204 | Email | Not dated | J. Uvino, V. Sheptovitsky, W. Uvino, J. Barrows Re: Billing Statement #18 & Project Summary | 1 |
| 205 | Email | 9/26/07 | Starkman, W. Uvino, J. Uvino, J. Barrows Re: Completion of 154 Swamp Rd, Change Order & Subcontract Change Orders | 1 |

| | | | | |
|---|---|---|---|---|
| 206 | Email | 9/26/07 | J. Uvino, Starkman Electric, W. Uvino, J. Barrows, V. Sheptovitsky and L. Kaehler Re: Completion of 154 Swamp Rd | 1 |
| 207 | Email | 10/3/07 | Tony Piero, W. Uvino and J. Barrows Re: JL Masonry Subcontract Audit | 1 |
| 208 | Email | 10/4/07 | J. Uvino, J. Barrows, W. Uvino and Tony Re: Wood & Colors | 1 |
| 209 | Email | 10/4/07 | J. Uvino, J. Barrows, Tony Re: Wood & Colors | 1 |
| 210 | Email | 10/9/07 | W. Uvino, J. Barrows Re: Cost to Complete by Trade Report dated 10/5/07 | 1 |
| 211 | Email | 10/8/07 | J. Uvino, J. Barrows, Hallissey Re: Hallissey Builders recap | 4 |
| 212 | Email | 10/11/07 | J. Uvino, Starkman Electric, J. Barrows Re: Completion date | 8 |
| 213 | Email | 10/11/07 | J. Uvino, J. Barrows, L.Kaehler, V. Sheptovitsky, W. Uvino Re: Subcontractor payments | 4 |
| 214 | Email | 1/7/08 | W. Uvino, J. Barrows, V. Sheptovitsky, J. Uvino, G.McGuire/Kaehler Re: East Hampton Police instructions regarding the construction management agreement | 4 |

We also anticipate using the exhibits used at depositions as enumerated in Appendix "A" and those exhibits designated by any other parties to this case.