AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| J. BARROWS, INC. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 09-cv-03905(LDW)(ETB) |
| JOSEPH UVINO, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, J Barrows, Inc., and Counterclaim Defendant/Third-Party Defendant, John Barrows.

Date: 08/12/2011

/s/ Jeremy D. Platek
*Attorney's signature*

Jeremy D Platek JD9153
*Printed name and bar number*

Dreifuss Bonacci & Parker, LLP
520 White Plains Road
Suite 500
Tarrytown, New York 10591
*Address*

jplatek@dbplawfirm.com
*E-mail address*

(973) 366-7337
*Telephone number*

(973) 366-7339
*FAX number*