# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

September 16, 2011

**BY ECF AND FIRST CLASS MAIL**

Honorable Judge Leonard Wexler
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    J. Barrows, Inc. v. Joseph Uvino, et al.
                Index No. CV 09-03905

Dear Judge Wexler:

      We represent the Uvinos in the above referenced matter, and I write in opposition to Document #155, a purported motion in limine by John Barrows and John Barrows, Inc. (together, "Barrows"). Yet again, Barrows' motion in the main is a rehash of arguments made on summary judgment, which the court summarily denied by Order dated August 8, 2011 (Document #149).

      At the risk of stating the obvious, combined with defendant Kaehler Moore Architect's filing last evening of a repeat of its summary judgment motion which the court also denied by its August 8 order, perhaps the court can get a sense of the conduct of the parties against whom the Uvinos have asserted claims.

      We look forward to jury selection Monday morning.

                                              Respectfully submitted,

                                              William F. Dahill

cc:    All Counsel