# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

February 29, 2012

**BY E-FILING**

Honorable Judge Leonard Wexler
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re: J. Barrows, Inc. v. Joseph Uvino, et al.
      Index No. CV 09-03905

Dear Judge Wexler:

  On behalf of Joseph and Wendy Uvino, I am writing to notify the Court in advance of the trial which commences on March 5, 2012 that all claims between my clients and one of the other parties, Pools by Guillo, Inc., in the above referenced matter have been settled. In addition, the Uvinos have reached settlement terms for all claims with another party, J.L. Masonry, which we intend to conclude before March 5.

               Respectfully submitted,

               William F. Dahill

cc: Jeremy D. Platek, Esq.
  Mark Healy, Esq.
  Kevin Faley, Esq.
  Michael J. Byrne, Esq.
  Michael Marc Rabinowitz, Esq.
  Judith Donnenfeld, Esq.