# WOLLMUTH MAHER & DEUTSCH LLP

### 500 FIFTH AVENUE
### NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

March 30, 2012

**<u>BY E-FILING</u>**

Hon. Leonard D. Wexler
Long Island Federal Courthouse.
944 Federal Plaza.
Central Islip, New York 11722

      Re: J. Barrows, Inc. v. Uvino;
         <u>Uvino v. Kaehler-Moore Architects, LLC, et. al.</u>

Dear Judge Wexler:

      As I've discussed with Mr. Ausilli, the Uvinos currently intend to make motions pursuant to FRCP 59 for a new trial as to Hampton and for a new trial as to damages against KMA.  As we are unable to receive the transcript until April 10, we requested additional time to April 13, 2012 to make these motions.  At Mr. Ausilli's request, I have conferred with counsel, and Mr. Platek agrees to make his motion on April 13 as well, and Mr. Byrne has also consented to that date.  We appreciate being permitted to adjust the post trial schedule.

              Respectfully submitted,

              William F. Dahill

cc: Michael J. Byrne, Esq
    Kevin F. Mahon, Esq.
    Jeremy D. Platek, Esq.