UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
J. BARROWS, INC.,                                                       :   Docket No.: 09-03905
                                                                        :
                                                                        :   (LDW)(ETB)
                                      Plaintiff,                        :
                                                                        :
            -against-                                                   :
                                                                        :
JOSEPH UVINO, et al.                                                    :
                                      Defendants,                       :
            -and-                                                       :
                                                                        :
BARROWS, et al.                                                         :
                                                                        :
     Additional Defendants on the Counterclaims.                        :
------------------------------------------------------------------------X
------------------------------------------------------------------------X
JOSEPH UVINO, WENDY UVINO, WOOD & COLORS,                               :
INC. and POOLS BY PAUL GUILLO, INC.,                                    :
                                                                        :
                                      Third-Party Plaintiffs,           :
            - against -                                                 :
                                                                        :
BARROWS, et al.                                                         :
                                                                        :
                                      Third-Party Defendants.           :
------------------------------------------------------------------------X
------------------------------------------------------------------------X
JOSEPH UVINO and WENDY UVINO,                                           :
                                                                        :
                                      Third-Party Plaintiffs,           :
                                                                        :
            - against -                                                 :
                                                                        :
                                                                        :
KAEHLER MOORE ARCHITECTS, et al.                                        :
                                                                        :
                                      Third-Party Defendants.           :
------------------------------------------------------------------------X

**DECLARATION OF JOSEPH UVINO IN OPPOSITION TO J. BARROWS INC.'S
MOTION FOR AWARD OF COSTS AND FEES AND FOR
COLLATERAL SOURCE HEARING AND KAEHLER MOORE
<u>ARCHITECTS' MOTION FOR A COLLATERAL SOURCE HEARING</u>**

JOSEPH UVINO, of full age and under penalty of perjury, hereby declares:

1. I am familiar with the facts set forth herein on the basis of my personal knowledge and a review of documents in my possession.

2. I submit this declaration in opposition to J. Barrows Inc.'s ("JBI") Motion for Award of Costs and Fees and for a Collateral Source Hearing and Kaehler Moore Architects' ("KMA") Motion for a Collateral Source Hearing.

3. My wife, Wendy Uvino, and I have neither entered into a settlement agreement with nor received any payments from Valdespino Custom Builders, Inc. in connection with this action.

4. My wife, Wendy Uvino, and I have received no payment from F. Schneider Contracting in connection with this action.

5. My wife, Wendy Uvino, and I have neither entered into a settlement agreement with nor received any payments from Woods & Colors, Inc. in connection with this action.

6. My wife, Wendy Uvino, and I have neither entered into a settlement agreement with nor received any payments from Sunshine Rooms, Inc. in connection with this action.

7. My wife, Wendy Uvino, and I entered into a settlement agreement with Pools by Guillo, whereby Pools by Guillo (i) addressed items which it was obligated to perform; and (ii) released its mechanic's lien against us.

8. My wife, Wendy Uvino, and I entered into a settlement agreement with J.L. Masonry whereby J.L. Masonry paid $5,000 and released its mechanic's lien against.

Dated: New York, New York
April 27, 2012

By: _____
Joseph Uvino

2