UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

J. BARROWS, INC.,                                      :     Docket No.: 09-03905
                                                       :
                                                       :     (LDW)(ETB)
                                      Plaintiff,       :
                                                       :
               -against-                               :
                                                       :
JOSEPH UVINO, et al.                                   :
                               Defendants,             :
               -and-                                   :
                                                       :
BARROWS, et al.                                        :
                                                       :
       Additional Defendants on the Counterclaims.     :
------------------------------------------------------------------------X
------------------------------------------------------------------------X
JOSEPH UVINO, WENDY UVINO, WOOD & COLORS,              :
INC. and POOLS BY PAUL GUILLO, INC.,                   :
                                                       :
                               Third-Party Plaintiffs, :
               - against -                             :
                                                       :
BARROWS, et al.                                        :
                                                       :
                               Third-Party Defendants. :
------------------------------------------------------------------------X
------------------------------------------------------------------------X
JOSEPH UVINO and WENDY UVINO,                          :
                                                       :
                               Third-Party Plaintiffs, :
                                                       :
               - against -                             :
                                                       :
                                                       :
KAEHLER MOORE ARCHITECTS, et al.                       :
                                                       :
                               Third-Party Defendants. :
------------------------------------------------------------------------X

**DECLARATION OF WILLIAM F. DAHILL IN OPPOSITION TO J. BARROWS INC.'S
MOTION FOR AWARD OF COSTS AND FEES AND FOR
COLLATERAL SOURCE HEARING AND KAEHLER MOORE
ARCHITECTS' MOTION FOR A COLLATERAL SOURCE HEARING**

WILLIAM F. DAHILL, an attorney duly admitted to the practice of law, under penalty of perjury, hereby declares:

1.      I am a Partner of Wollmuth Maher & Deutsch LLP, attorneys for Joseph and Wendy Uvino (the "Uvinos") in this action. I am familiar with the facts set forth herein on the basis of my personal knowledge and review of documents in the possession of my firm.

2.      I submit this declaration in opposition to J. Barrows Inc.'s ("JBI") Motion for Award of Costs and Fees and for a Collateral Source Hearing and Kaehler Moore Architects' ("KMA") Motion for a Collateral Source Hearing.

3.      Annexed hereto as Exhibit A is a true and correct copy of the Bankruptcy Order entered on March 14, 2012, by Judge Lifland of the United States District Court for the Eastern District of New York.

4.      Annexed hereto as Exhibit B is a true and correct copy of Docket Entry 201, a March 16, 2012 minute entry setting forth the jury's verdict.

5.      Annexed hereto as Exhibit C is a true and correct copy of Uvino Exhibit 10, admitted by the Uvinos at trial.

6.      Annexed hereto as Exhibit D is a true and correct copy of excerpts from the March 13, 2012 trial transcript of this action.

7.      Annexed hereto as Exhibit E is a true and correct copy of Uvino Exhibit 152A, admitted by the Uvinos at trial.

8.      Annexed hereto as Exhibit F is a true and correct copy of the Uvinos' Second Amended Plan of Reorganization, dated October 27, 2011.

2

9.    Annexed hereto as Exhibit G is a true and correct copy of the Order Confirming the Uvinos' Second Amended Plan of Reorganization, dated February 15, 2012.

Dated: New York, New York
        April 27, 2012

By: _____
        William F. Dahill