# GOGICK, BYRNE & O'NEILL, LLP
Attorneys at Law

Robert J. Gogick†
Kevin J. O'Neill†
Michael J. Byrne•

Stephen P. Schreckinger†
Elaine C. Gangel▲
Albert Wesley McKee°

John M. Rondello, Jr.▲
Mark R. McCauley▲
Bryan R. Weber□
Sushmita Roy†
Kevin J. McGrath▲
Kriton A. Pantelidis▲
Kevin J. Hotter▲

11 Broadway, Rm. 1560
New York, NY 10004-1314
Tel: (212) 422-9424
Fax: (212) 422-9429

304 South Franklin Street
Syracuse, NY 13202
Tel: (315) 218-9590
Fax: (315) 218-9591

112 Prospect Street
Stamford, CT 06901-1207
Tel: (203) 327-7561
Fax: (203) 966-1431

80 Main Street, Rm. 140
W. Orange, NJ 07052-5414
Tel: (973) 778-7074
Fax: (973) 731-9313

† Admitted in NY, NJ & CT
• NY, NJ & PA
† NY & NJ
□ NY & CT
▲ NY only
° NJ only

September 26, 2012

**VIA OVERNIGHT MAIL**
Honorable Leonard Wexler
United State District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★   OCT -3 2012   ★

LONG ISLAND OFFICE

Re:   J. Barrows, Inc. v. Joseph Uvino, et al.
      Docket No. CV 09-03905
      Our File No.:  650-956

Honorable Judge Wexler:

I represent defendant Kaehler/Moore Architects in the above-referenced matter.  I am writing with regard to the proposed judgment submitted by counsel for the Uvinos dated September 25, 2012.  I am writing to propose a change to the Judgment and Order that were submitted.  The first "Whereas" clause states that the Court has received argument at trial with respect to motions to dismiss and, as a result, the court issued a bench decision dismissing certain causes of action.  In fact, motions for a directed verdict were made and granted.  It is respectfully requested that the judgment and order be modified to reflect the nature of the motion that had, in fact, been made and granted by the Court.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael J. Byrne

cc:   All counsel of record
      (listed below)

p:\650\900s\650-956\2012 letters\hon. wexler 9-26-12.doc

# GOGICK, BYRNE & O'NEILL, LLP

Honorable Leonard Wexler                                    September 26, 2012
                                                                      Page 2

Eli J. Rogers (ER6564)
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike
Suite 1010
North Entrance
Florham Park, NJ 07932
Attorney for Plaintiff, and
John Barrows, Third-Party Defendant
Tel: 973-514-1414
Fax: 973-514-5959
erogers@dbplawfirm.com

Jeremy D. Platek
Dreifuss Bonacci & Parker, LLP
520 White Plains Road, Suite 500
Tarrytown, New York 10591
Tel:  914-366-7337
Fax: 914-366-7339
E-mail:  jplatek@dbplawfirm.com

O'Connor Redd, LLP
200 Mamaroneck Avenue, 2nd Fl.
White Plains, NY 10601
(914) 686-1700
Fax: 914-328-3184
Attorneys for John Barrows, Inc.
On the Counterclaim

Wollmuth, Maher & Deutsch, LLP
500 Fifth Ave., Suite 1200
New York, New York 10110
Attn: William Dahill, Esq
Tel: 212-382-3300
Fax: 212-382-0050
Attorneys for Uvinos

David Lee Heller, Esq.
3334 Noyac Road
Sag Harbor, New York 11963
Tel: (631) 725-6340
Fax: (631) 725-6342
Attorneys for Wood & Colors, Inc.

# GOGICK, BYRNE & O'NEILL, LLP

Honorable Leonard Wexler                                September 26, 2012
                                                                  Page 3


Rabinowitz & Galina, Esq.
94 Willis Avenue
Mineola, New York 11501
Tel: (516) 739-8222
Fax: (516) 739-8225
Attorneys for Pools by Guillo, Inc.

Marshall M. Stern, Esq.
17 Cardiff Court
Huntington Sta., New York 11746
Tel: 631-427-0101
Fax: 631-427-0196
Attorneys for Valdespino Custom Builders
and J.L. Masonry & Construction, Inc.

Michael T. Sucher, Esq.
26 Court St., Suite 2412
Brooklyn, New York 11242
Tel: (718) 522-1995
Fax: (718) 797-3174
Attorneys for F. Schneider Contracting

Mark A. Healy, Esq.
Morris Duffy Alonso & Faley
2 Rector Street – 22nd Floor
New York, NY 10006
Tel: (212) 766-1888
Fax: (212) 766-3252
Attorneys for Third party &
Counterclaim defendant, Hampton Contracting, Inc.