**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 30th day of November, two thousand and twelve,

J. Barrows, Inc.,

    Plaintiff - Appellee,

Wood & Colors, Inc., Pools by Guillo, Inc.,

    Plaintiffs,

v.

Joseph Uvino, Wendy Uvino,

    Defendants -Third-Party - Appellants

-Cross - Appellees,

v.

Kaehler Moore Architects,

    Defendant - Appellee - Cross - Appellant,

John Barrows,

    Third - Party - Defendant - Appellee,

Valdespino Custom Builders, Inc., J.L. Masonry &

Constriction, Inc., F. Schneider Contracting Corp.,

Hampton Contracting, Inc.,

    Third - Party - Defendants.

**ORDER**
Docket No. 12-4136 (XAP)

**MANDATE ISSUED ON 11/30/2012**

      The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

      The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit