UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
J. BARROWS, INC.,                                                        :   Docket No.: 09-03905
                                                                         :
                                                                         :   (LDW)(ETB)
                                        Plaintiff,                       :
                                                                         :
        -against-                                                        :
                                                                         :
JOSEPH UVINO, et al.                                                     :
                                        Defendants,                      :
        -and-                                                            :
                                                                         :
BARROWS, et al.                                                          :
                                                                         :
        Additional Defendants on the Counterclaims.                      :
------------------------------------------------------------------------X
------------------------------------------------------------------------X
JOSEPH UVINO, WENDY UVINO, WOOD & COLORS,                                :
INC. and POOLS BY PAUL GUILLO, INC.,                                     :
                                                                         :
                                Third-Party Plaintiffs,                  :
        - against -                                                      :
                                                                         :
BARROWS, et al.                                                          :
                                                                         :
                                Third-Party Defendants.                  :
------------------------------------------------------------------------X
------------------------------------------------------------------------X
JOSEPH UVINO and WENDY UVINO,                                            :
                                                                         :
                                Third-Party Plaintiffs,                  :
                                                                         :
        - against -                                                      :
                                                                         :
                                                                         :
KAEHLER MOORE ARCHITECTS, et al.                                         :
                                                                         :
                                Third-Party Defendants.                  :
------------------------------------------------------------------------X

**JOSEPH AND WENDY UVINO'S NOTICE OF MOTION
PURSUANT TO THE SECOND CIRCUIT'S SUMMARY ORDER
TO DETERMINE THE DATES FROM WHICH PRE-VERDICT PREJUDGMENT
<u>INTEREST SHALL RUN AND TO MODIFY THE JUDGMENT ACCORDINGLY</u>**

PLEASE TAKE NOTICE that Joseph and Wendy Uvino (the "Uvinos"), upon a Memorandum of Law, dated March 27, 2013, the Affidavit of William F. Dahill, dated March 27, 2013 and accompanying exhibits thereto, and upon all prior proceedings herein and on appeal to the Second Circuit, hereby move (i) to determine the dates from which pre-verdict prejudgment interest shall run and to adjust the parties' post-verdict prejudgment interest awards to include the pre-verdict prejudgment interest, pursuant to CPLR §§ 5001-5002 and the Summary Order entered by the Second Circuit on March 14, 2013, (ii) to modify the Judgment posted as entered by this Court on October 5, 2012 accordingly, and (iii) for such other and further relief as the Court deems just and proper. Pursuant to Local Rule 6.1(b), responsive papers, if any, are to be filed within fourteen (14) days of service hereof.

Dated: New York, New York
       March 27, 2013

By: _____
    William F. Dahill
    Melissa A. Finkelstein

    Wollmuth Maher & Deutsch LLP
    500 Fifth Avenue
    New York, New York 10110

    *Attorneys for Joseph and Wendy Uvino*

2