UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
J. BARROWS, INC.,                                        :   Docket No.:   09-03905
                                                         :
                                                         :   (LDW)(ETB)
                              Plaintiff,                 :
                                                         :
         -against-                                       :
                                                         :
JOSEPH UVINO, et al.                                     :
                              Defendants,                :
         -and-                                           :
                                                         :
JOHN BARROWS, et al.                                     :
                                                         :
         Additional Defendants on the Counterclaims.     :
------------------------------------------------------------------------X

(See Accompanying Notice of Motion for Full Caption)


**AFFIDAVIT OF WILLIAM F. DAHILL IN SUPPORT OF THE UVINO'S MOTION
PURSUANT TO THE SECOND CIRCUIT'S SUMMARY ORDER
TO DETERMINE THE DATES FROM WHICH PRE-VERDICT PREJUDGMENT
INTEREST SHALL RUN AND TO MODIFY THE JUDGMENT ACCORDINGLY**


STATE OF NEW YORK         )
                          ) s.s:
COUNTY OF NEW YORK        )

WILLIAM F. DAHILL, being duly sworn deposes and says:

1.   I am a Partner of Wollmuth Maher & Deutsch LLP, attorneys for Joseph and Wendy Uvino (the "Uvinos") in this action. I am familiar with the facts set forth herein on the basis of my personal knowledge and review of documents in the possession of my firm.

2.   I submit this Affidavit in support of the Uvino's Motion Pursuant to the Second Circuit's Summary Order to Determine the Dates from Which Pre-verdict Prejudgment Interest Shall Run and to Modify the Judgment Accordingly.

3. Annexed hereto as Exhibit A is a true and correct copy of the Summary Order, entered by the Second Circuit on March 14, 2013

4. Annexed hereto as Exhibit B is a true and correct copy of the Construction Management Agreement entered into between the Uvinos and J. Barrows, Inc. ("JBI") on November 1, 2005.

5. Annexed hereto as Exhibit C is a true and correct copy of Trial Exhibit 92, correspondence from J. Barrows to the Uvinos, dated October 11, 2007.

6. Annexed hereto as Exhibit D is a true and correct copy of the Uvinos' Summons with Notice, dated December 11, 2007.

7. Annexed hereto as Exhibit E is a true and correct copy of the Uvinos' Verified Answer, Counterclaims and Cross-claims, dated April 14, 2008.

8. Annexed hereto as Exhibit F is a true and correct copy of JBI's Summons and Verified Complaint, dated January 16, 2008.

_____
William F. Dahill

Sworn to before me this
__th day of March 2013

_____
Notary Public

2